| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| DISTRICT OF DELAWARE |
| Case number *(if known)* _____   Chapter __11__ |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **PetroQuest Energy, Inc.** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **72-1440714** |
| 4. | **Debtor's address** | **Principal place of business** <br><br> **400 E. Kaliste Saloom Road, Suite 5200** <br> **Lafayette, LA 70508** <br> Number, Street, City, State & ZIP Code <br><br> **Lafayette** <br> County | **Mailing address, if different from principal place of business** <br><br> **P.O. Box 51205** <br> **Lafayette, LA 70505-1205** <br> P.O. Box, Number, Street, City, State & ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br><br> _____ <br> Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ |

Debtor  **PetroQuest Energy, Inc.**                                        Case number (*if known*) _____
         Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   __2111__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

☐ No.
■ Yes.

If more than 2 cases, attach a separate list.

| | District | When | Case number |
|---|---|---|---|
| | Southern District of Texas, Houston Division | 11/06/18 | Case No. 18-36322 |
| | District | When | Case number |

Debtor   **PetroQuest Energy, Inc.**                                           Case number (*if known*)
      Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | See Attachment A | Relationship | |
| District | | When | Case number, if known |

**11. Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency _____
        Contact name _____
        Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.
■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
■ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
■ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Debtor  **PetroQuest Energy, Inc.**                                                                     Case number (*if known*)
        Name

| 16. Estimated liabilities | ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
|---|---|---|---|
| | ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| | ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| | ☐ $500,001 - $1 million | ■ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor  **PetroQuest Energy, Inc.**                        Case number (*if known*)
          Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November 13, 2024**
               MM / DD / YYYY

X **/s/ Charles T. Goodson**                              **Charles T. Goodson**
Signature of authorized representative of debtor          Printed name

Title    **Chief Executive Officer and President**

**18. Signature of attorney**

X **/s/ Patrick J. Reilley**                              Date **November 13, 2024**
Signature of attorney for debtor                                MM / DD / YYYY

**Patrick J. Reilley**
Printed name

**Cole Schotz P.C.**
Firm name

**500 Delaware Avenue, Suite 1410**
**Wilmington, DE 19801**
Number, Street, City, State & ZIP Code

Contact phone  **302-652-3131**    Email address  **preilley@coleschotz.com**

**4451 DE**
Bar number and State

## ATTACHMENT A

## LIST OF AFFILIATED DEBTORS

On the date hereof, each of the affiliated entities listed below (including the Debtor in this chapter 11 case) filed in this Court a petition for relief under chapter 11 of Title 11 of the United States Code. Contemporaneously with the filing of their petitions, these entities filed a motion requesting that the Court administratively consolidate for procedural purposes only and jointly administer their chapter 11 cases.

1. PetroQuest Energy, Inc.
2. PetroQuest Energy, L.L.C.
3. PetroQuest Oil & Gas, L.L.C.
4. PQ Holdings LLC

**Fill in this information to identify the case:**

Debtor name _____**PetroQuest Energy, Inc. et al.**_____

United States Bankruptcy Court for the: _____ District of **Delaware**
(State)

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 30 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | PATRIOT NATURAL GAS LLC<br>ATTN: TIMOTHY PATUWO<br>811 LOUISIANA ST., STE 2550<br>HOUSTON, TX 77002 | PATRIOT NATURAL GAS LLC<br>TEL: 713-357-2759 OR 713-992-3163<br>EMAIL: TIM@MOUNTAINLP.COM | LEGAL JUDGMENT | | | | $4,096,668.73 |
| 2 | CHEVRON USA INC<br>ATTN: C SCOTT WILSON<br>1400 SMITH ST.<br>HOUSTON, TX 77002 | CHEVRON USA INC<br>TEL: 925-842-5300<br>EMAIL: CWUY@CHEVRON.COM | JOINT INTEREST OPERATOR | | | | $1,200,000.00 |
| 3 | BAKER BOTTS LLP<br>ATTN: J B HENDERSON<br>2001 ROSS AVENUE, SUITE 900<br>DALLAS, TX 75201 | BAKER BOTTS LLP<br>TEL: 214-953-6744<br>FAX: 214-953-6503<br>EMAIL: BRYAN.HENDERSON@BAKERBOTTS.COM | PROFESSIONAL SERVICES | | | | $1,033,248.31 |
| 4 | PILOT SYSTEMS, LLC<br>ATTN: RACHEL MARSH<br>301 MAIN ST, STE 1100<br>BATON ROUGE, LA 70801 | PILOT SYSTEMS, LLC<br>TEL: 225-302-8594<br>EMAIL: RACHEL.MARSH@PILOTWATER.COM | TRADE DEBT | | | | $240,000.00 |
| 5 | PANOLA COUNTY TAX COLLECTOR<br>ATTN: HOLLY GIBBS, ASSESSOR/COLLECTOR<br>110 S SYCAMORE, ROOM 211<br>CARTHAGE, TX 75633 | PANOLA COUNTY TAX COLLECTOR<br>TEL: 903-693-0340<br>EMAIL: HOLLY.GIBBS@CO.PANOLA.TX.US | PROPERTY TAX | | | | $208,779.46 |
| 6 | TALOS RESOURCES LLC<br>ATTN: CARL COMSTOCK<br>333 CLAY STREET STE 3300<br>HOUSTON TX 77002 | TALOS RESOURCES LLC<br>TEL: 713-328-3000<br>EMAIL: ASH.SHEPHERD@TALOSENERGY.COM | JOINT INTEREST OWNER | | | | $188,441.03 |
| 7 | WALTER OIL & GAS CORP<br>ATTN: RICHARD LUCAS<br>1100 LOUISIANA, SUITE 200<br>HOUSTON, TX 77002-5299 | WALTER OIL & GAS CORP<br>TEL: 713-659-1221<br>FAX: 713-756-1177<br>EMAIL: RLUCAS@WALTEROIL.COM | JOINT INTEREST OWNER | | | | $182,650.38 |
| 8 | JGC EXPLORATION EAGLE FORD LLC<br>ATTN: NORJIRI TAKESHI<br>3151 BRIARPARK DRIVE, STE. 1050<br>HOUSTON, TX 77042 | JGC EXPLORATION EAGLE FORD LLC<br>TEL: 803-692-7155<br>EMAIL: NOJIRI.TAKESHI@JGC.COM | JOINT INTEREST OWNER | | | | $117,118.34 |

Debtor Name    **PetroQuest Energy, Inc. et al.**    Case Number _____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim. If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | **TEXAS STATE COMPTROLLER**<br>ATTN: ALICIA PROSSER<br>111 E 17TH ST, LBJ BUILDING<br>AUSTIN, TX 78774-0100 | TEXAS STATE COMPTROLLER<br>TEL: 512-463-4000 OR 1-800-531-5441 EXT 34388 OR 512-463-4388 | SEVERANCE TAXES | | | | $90,000.00 |
| 10 | **PGH PETROLEUM & ENVIRONMENTAL ENGINEERS, LLC**<br>ATTN: WAYMAN GORE<br>PO BOX 91629<br>AUSTIN, TX 78709-1629 | PGH PETROLEUM & ENVIRONMENTAL ENGINEERS, LLC<br>TEL: 512-617-3088<br>EMAIL: WAYMAN.GORE@PGHENGINEERS.COM | PROFESSIONAL SERVICES | | | | $70,812.36 |
| 11 | **STOKES & SPIEHLER OFFSHORE INC**<br>ATTN: JACQUELINE BROUSSARD<br>110 RUE JEAN LAFITTE, SUITE 100<br>LAFAYETTE, LA 70508 | STOKES & SPIEHLER OFFSHORE INC<br>TEL: 337-233-6871<br>EMAIL: JBROUSSARD@STOKESANDSPIELER.COM | TRADE DEBT | | | | $69,321.00 |
| 12 | **VERMILION PARISH TAX COLLECTOR**<br>PO BOX 307<br>ABBEVILLE LA 70511-0307 | VERMILION PARISH TAX COLLECTOR<br>TEL: 337-898-4419 | PROPERTY TAX | | | | $59,000.00 |
| 13 | **NEW DAWN VENTURES LLC**<br>ATTN: KURT MIX<br>1927 SPARROWS RDG<br>KATY, TX 77450-6694 | NEW DAWN VENTURES LLC<br>TEL: 713-614-8883<br>EMAIL: KKMIXX@GMAIL.COM | TRADE DEBT | | | | $52,532.48 |
| 14 | **CAPITAL PETROLEUM CONSULTANTS, INC.**<br>ATTN: KRIS ZAUNBRECHER<br>623 HEIGHTS BLVD<br>HOUSTON, TX 77007 | CAPITAL PETROLEUM CONSULTANTS, INC.<br>TEL: 713-854-2834<br>EMAIL: KRIS.ZAUNBRECHER@CAP-PETRO.COM | TRADE DEBT | | | | $52,387.08 |
| 15 | **ARCHROCK PARTNERS**<br>ATTN: MARK GUIDRY<br>1053 PETROLEUM PWY<br>BROUSSARD, LA 70518 | ARCHROCK PARTNERS<br>TEL: 281-836-8000<br>FAX: 281-836-8953<br>EMAIL: MARK.GUIDRY@ARCHROCK.COM | TRADE DEBT | | | | $48,500.00 |
| 16 | **SEVEN DERRICKS, LLC**<br>ATTN: LAWRENCE BREWER<br>43 MIDDAY SUN PLACE<br>THE WOODLANDS, TX 77382 | SEVEN DERRICKS, LLC<br>TEL: 832-414-8158<br>EMAIL: LBREWER@SEVENDERRICKSLLC.COM | G&A | | | | $36,400.00 |
| 17 | **PINE ISLAND CHEMICAL SOLUTIONS LLC**<br>ATTN: JOHN MICHAEL CHACHERE<br>324 INDUSTRIAL PKWY<br>LAFAYETTE, LA 70508 | PINE ISLAND CHEMICAL SOLUTIONS LLC<br>TEL: 337-504-2575<br>FAX: 337-504-3347<br>EMAIL: JMCHACHERE@PICHEMICAL.COM | TRADE DEBT | | | | $34,000.00 |
| 18 | **PORTER & HEDGES, L.L.P.**<br>ATTN: JOHN HIGGINS<br>1000 MAIN ST 36TH FL<br>HOUSTON, TX 77002 | PORTER & HEDGES, L.L.P.<br>TEL: 713-228-1331<br>FAX: 713-226-0600<br>EMAIL: JHIGGINS@PORTERHEDGES.COM | PROFESSIONAL SERVICES | | | | $31,926.41 |
| 19 | **BLUE CROSS BLUE SHIELD**<br>5525 REITZ AVE<br>BATON ROUGE, LA 70809 | BLUE CROSS BLUE SHIELD<br>TEL: 225-291-5370 | EMPLOYEE BENEFITS | | | | $30,209.13 |
| 20 | **ALVAREZ & MARSAL DISPUTES AND INVESTIGATIONS**<br>ATTN: AARON STAI<br>700 LOUISIANA STREET, STE 3300<br>HOUSTON, TX 77002 | ALVAREZ & MARSAL DISPUTES AND INVESTIGATIONS<br>TEL: 713-571-2400 | PROFESSIONAL SERVICES | | | | $24,882.66 |

Debtor Name  **PetroQuest Energy, Inc. et al.**   Case Number _____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 21 | **MARKWEST ENERGY OPERATING, LLC**<br>PO BOX 735781<br>DALLAS, TX 75373-5781 | MARKWEST ENERGY OPERATING, LLC<br>TEL: 303-357-1775 | PRODUCT MARKETING | | | | $21,356.33 |
| 22 | **THE PRODUCTION GROUP, LLC.**<br>ATTN: TRAVIS LAFLEUR/C. ROMERO<br>203 GLASER DR.<br>LAFAYETTE, LA 70508 | THE PRODUCTION GROUP, LLC.<br>TEL: 337-305-1656<br>EMAIL: CROMERO@GO-TPG.COM | TRADE DEBT | | | | $21,000.00 |
| 23 | **LAFAYETTE PARISH TAX COLLECTOR**<br>PO BOX 52667<br>LAFAYETTE, LA 70505 | LAFAYETTE PARISH TAX COLLECTOR<br>TEL: 337-236-5880<br>EMAIL: CGHULS@MARATHONPETROLEUM.COM | PROPERTY TAX | | | | $19,000.00 |
| 24 | **COURSON OIL & GAS, INC.**<br>ATTN: L. KIRK COURSON<br>PO BOX 809<br>PERRYTON, TX 79070 | COURSON OIL & GAS, INC.<br>TEL: 806-435-2910<br>EMAIL: LKCOURSON@HOTMAIL.COM | JOINT INTEREST OWNER | | | | $15,169.74 |
| 25 | **3B STUDIO, INC.**<br>ATTN: JAMES BAKER<br>405 MAIN ST., STE 1100<br>HOUSTON, TX 77002 | 3B STUDIO, INC.<br>TEL: 713-222-7075<br>FAX: 713-222-7061 | G&A | | | | $15,053.99 |
| 26 | **BAGLEY WELL SERVICE**<br>ATTN: JESSICA GALVAN<br>334 FORSYTHE STREET<br>CARTHAGE, TX 75633 | BAGLEY WELL SERVICE<br>TEL: 903-690-9700<br>FAX: 903-690-9705<br>EMAIL: JGALVAN@BAGLEYWELLSERVICE.COM | TRADE DEBT | | | | $15,000.00 |
| 27 | **WHITCO SUPPLY**<br>200 N MORGAN AVE<br>BROUSSARD, LA 70518 | WHITCO SUPPLY<br>TEL: 337-837-2440<br>FAX: 337-837-4450 | LIEN | | | | $13,876.89 |
| 28 | **GORDON ARATA MONTGOMERY BARNETT**<br>ATTN: ANTHONY C. MARINO<br>201 ST. CHARLES AVE 40TH FLOOR<br>NEW ORLEANS, LA 70170-4000 | GORDON ARATA MONTGOMERY BARNETT<br>TEL: 504-582-1111<br>EMAIL: AMARINO@GAMB.COM | PROFESSIONAL SERVICES | | | | $13,219.52 |
| 29 | **HTX DOCUMENT SUPPORT LLC**<br>14718 JORDANBRANCH LANE<br>HUMBLE, TX 77396 | HTX DOCUMENT SUPPORT LLC<br>TEL: 713-992-8826<br>EMAIL: SWHITE@HTXSUPPORT.COM | G&A | | | | $12,148.09 |
| 30 | **EOCENE CONSULTING, LLC**<br>ATTN: GLEN COLLIER<br>818 N. UNIVERSITY DR., STE. 103<br>NACOGDOCHES, TX 75961 | EOCENE CONSULTING, LLC<br>TEL: 936-554-2178<br>EMAIL: GCOLLIER@EOCENE.US | PROFESSIONAL SERVICES | | | | $9,947.96 |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>PetroQuest Energy, Inc., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 24-_____(__)<br><br>(Joint Administration Requested) |

**CONSOLIDATED CORPORATE OWNERSHIP STATEMENT**

Pursuant to Rules 1007(a)(3) and 7007.1 of the Federal Rules of Bankruptcy Procedure, as of November 13, 2024:

1. The following entities own ten percent (10%) or more of the equity interests of PetroQuest Energy, Inc. ("PetroQuest"):

| Name | Address | Shares (%) |
|---|---|---|
| Corre Opportunities Qualified Master Fund, LP | 12 East 49th Street, 40th Floor<br>New York, NY 10017 | 22% |
| NYLI MacKay High Yield Corporate Bond Fund | 1345 Avenue of the Americas, 43rd Floor<br>New York, NY 10105 | 26% |

2. PetroQuest owns 100% of the equity interests of PetroQuest Energy, L.L.C., PetroQuest Oil & Gas, L.L.C., and PQ Holdings LLC.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: PetroQuest Energy, Inc. (0714), PetroQuest Energy, L.L.C. (2439), PetroQuest Oil & Gas, L.L.C. (1170), and PQ Holdings LLC, (7576). The location of the Debtors' corporate headquarters and the Debtors' service address in these chapter 11 cases is 400 E. Kaliste Saloom Road, Suite 5200, Lafayette, LA 70508.

68215/0001-48491259

**Fill in this information to identify the case:**

Debtor name: **PetroQuest Energy, Inc.**

United States Bankruptcy Court for the: DISTRICT OF DELAWARE

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ■ Other document that requires a declaration   **Consolidated Corporate Ownership Statement**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **November 13, 2024**    X **/s/ Charles T. Goodson**
Signature of individual signing on behalf of debtor

**Charles T. Goodson**
Printed name

**Chief Executive Officer and President**
Position or relationship to debtor

**PETROQUEST ENERGY, INC.**

———————————————————————

**WRITTEN CONSENT OF
THE SOLE DIRECTOR**

———————————————————————

The undersigned, being the sole member of the board of directors (the "Sole Director") of PetroQuest Energy, Inc., a Delaware corporation (the "Company"), does hereby consent to and adopt the following resolutions as of November 8, 2024:

**WHEREAS**, in light of the Company's current financial condition, the Sole Director has investigated, discussed and considered options for addressing the Company's financial challenges and, after consultation with the Company's advisors, and in order to maximize value for the Company's stakeholders, has concluded that it is in the best interests of the Company, its creditors, employees, and other interested parties that (i) a petition be filed by the Company seeking relief under the provisions of Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"); (ii) the Company obtain DIP Financing (as herein defined); and (iii) the Company explore the option of entering into one or more asset purchase or similar agreements (any such agreement, a "Purchase Agreement") as may be necessary, appropriate or desirable for the administration of the Chapter 11 case.

**NOW THEREFORE**, be it

**RESOLVED**, that in the judgment of the Sole Director, and in order to maximize value for the Company's stakeholders, it is desirable and in the best interests of the Company, its creditors, employees, and other interested parties that a petition be filed by the Company seeking relief under Chapter 11 of the Bankruptcy Code; and be it further

**RESOLVED**, that the officers of the Company (each an "Authorized Person") be, and each of them hereby is, authorized, empowered, and directed, in the name and on behalf of the Company, to execute, verify, and file in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") all petitions, schedules, lists, and other papers or documents, and to take and perform under any and all further actions and steps that any such Authorized Person deems necessary, appropriate or desirable in connection with the Company's Chapter 11 case, with a view to the successful prosecution of such case, including but not limited to the retention and employment of legal counsel, accountants, financial advisors, and other professionals; and be it further

**RESOLVED**, that the Authorized Persons be, and each of them hereby is, authorized, empowered and directed to (a) obtain post-petition financing, including debtor-in-possession credit facilities and the use of cash collateral (the "DIP Financing"); (b) provide adequate protection to lenders and incur obligations related thereto and to pledge and grant liens on the assets of the Company, as may be contemplated by or required under the terms of such DIP

Financing; and (c) execute any appropriate loan agreements, related ancillary documents, supplemental agreements, instruments, amendments, restatements, amendment and restatements, modifications, renewals, replacements, consolidations, substitutions, extensions, security agreements, pledges, guarantees, bills, notes, or certificates on behalf of the Company which shall be necessary, proper or desirable under or in connection with any of the foregoing; and be it further

**RESOLVED**, that the Authorized Persons, on behalf of the Company, be, and each of them hereby is, authorized, empowered, and directed to retain the law firm of Cole Schotz P.C. ("CS") as bankruptcy counsel to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights in connection therewith, and the Authorized Persons are each hereby authorized and directed to, to the extent not already completed pursuant to prior resolutions, execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the bankruptcy, and cause to be filed an appropriate application for authority to retain the services of CS; and be it further

**RESOLVED**, that the Authorized Persons, on behalf of the Company, be, and each of them hereby is, authorized, empowered, and directed to retain the services of Eisner Advisory Group LLC ("Eisner") as financial advisor to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights in connection therewith, and the Authorized Persons are each hereby authorized and directed to, to the extent not already completed pursuant to prior resolutions, execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the bankruptcy, and cause to be filed an appropriate application for authority to retain the services of Eisner; and be it further

**RESOLVED**, that the Authorized Persons, on behalf of the Company, be, and each of them hereby is, authorized, empowered, and directed to retain the services of Detring & Associates, LLC ("Detring") as the Company's marketing advisor to represent and assist the Company in connection with the Company's pursuit of a transaction for the sale of substantially all of its assets (in one or more transactions, a "Sale"), including carrying out any related duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights in connection therewith, and the Authorized Persons are each hereby authorized and directed to, to the extent not already completed pursuant to prior resolutions, execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the bankruptcy, and cause to be filed an appropriate application for authority to retain the services of Detring; and be it further

**RESOLVED**, that the Authorized Persons, on behalf of the Company, be, and each of them hereby is, authorized, empowered, and directed to retain the services of Stretto, Inc. ("Stretto") as the Company's claims, solicitation and noticing agent, and in connection therewith, the Authorized Persons are each hereby authorized and directed to, to the extent not already completed pursuant to prior resolutions, execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the bankruptcy, and cause to be filed an appropriate application for authority to retain the services of Stretto; and be it further

**RESOLVED**, that the Authorized Persons, on behalf of the Company, be, and each of them hereby is, authorized, empowered, and directed to retain the services of Porter Hedges LLP ("Porter Hedges") as the Company's counsel to assist the Company, in coordination with the Company's other professionals, in connection with the pursuit, negotiation, documentation, and consummation of the Sale, and in connection therewith, the Authorized Persons are each hereby authorized and directed to, to the extent not already completed pursuant to prior resolutions, execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the bankruptcy, and cause to be filed an appropriate application for authority to retain the services of Porter Hedges; and be it further

**RESOLVED**, that the Authorized Persons, on behalf of the Company, be, and each of them hereby is, authorized, empowered, and directed to employ any other professionals necessary to assist the Company in carrying out its duties under the Bankruptcy Code; and in connection therewith, the Authorized Persons are each hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to or immediately upon the filing of the Chapter 11 case and cause to be filed appropriate applications with the Bankruptcy Court for authority to retain the services of any other professionals, as necessary, and on such terms as are deemed necessary, appropriate or desirable; and be it further

**RESOLVED**, that the Authorized Persons, on behalf of the Company, be, and each of them hereby is, authorized, empowered, and directed to take any and all actions necessary to execute, deliver, certify, file, record and/or perform under any and all documents, agreements, plans, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities, or certificates and to take any and all actions and steps deemed by any such Authorized Person to be necessary, appropriate or desirable to carry out the purpose and intent of each of the foregoing resolutions and to effectuate a successful Chapter 11 case; and be it further

**RESOLVED**, that any and all actions heretofore taken by any Authorized Person or Sole Director in the name and on behalf of the Company in furtherance of the purpose and intent of any or all of the foregoing resolutions be, and hereby are, ratified, confirmed, and approved in all respects; and be it further

**RESOLVED,** that this Written Consent may be executed in ".pdf", facsimile or DocuSign, and in any number of counterparts, each of which shall be deemed an original and all of which taken together shall constitute one and the same instrument.

**IN WITNESS WHEREOF**, the undersigned has executed this Written Consent of PETROQUEST ENERGY, INC. as of the date first set forth above.

**SOLE DIRECTOR:**

_____
Jeremy T. Stillings