**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| PetroQuest Energy, Inc., *et al.*, | Case No. 24-12609 (CTG) |
| Debtors.[1] | (Joint Administration Requested) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR**
**FIRST DAY HEARING ON NOVEMBER 15, 2024 AT 4:00 P.M. (EASTERN TIME)**
**BEFORE THE HONORABLE CRAIG T. GOLDBLATT**

> **This proceeding will be conducted remotely via Zoom.**
> **Please refer to Judge Goldblatt's Chambers Procedures (https://www.deb.uscourts.gov/content/judge-craig-t-goldblatt) and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances ) for information on the method of allowed participation (video or audio), Judge Goldblatt's expectations of remote participants, and the advance registration requirements.**
> **Registration is required by one-hour prior to the hearing unless otherwise noticed using the *eCourtAppearances* tool available on the Court's website.**

**RELATED MATTERS**

A. Voluntary Petitions

1. PetroQuest Energy, Inc., Case No. 24-12609 (CTG) (Filed November 13, 2024) [Docket No. 1]

2. PetroQuest Energy, L.L.C., Case No. 24-12610 (CTG) (Filed November 13, 2024) [Docket No. 1]

3. PetroQuest Oil & Gas, L.L.C., Case No. 24-12611 (CTG) (Filed November 13, 2024) [Docket No. 1]

4. PQ Holdings LLC, Case No. 24-12612 (CTG) (Filed November 13, 2024) [Docket No. 1]

B. Declaration of Angelle Perret in Support of Chapter 11 Petitions and First Day Pleadings (Filed November 13, 2024) [Docket No. 16]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: PetroQuest Energy, Inc. (0714), PetroQuest Energy, L.L.C. (2439), PetroQuest Oil & Gas, L.L.C. (1170), and PQ Holdings LLC, (7576). The location of the Debtors' corporate headquarters and the Debtors' service address in these chapter 11 cases is 400 E. Kaliste Saloom Road, Suite 5200, Lafayette, LA 70508.

48775022

**MATTERS GOING FORWARD**

    D.    First-Day Motions

        1.    Debtors' Motion for Entry of an Order Directing Joint Administration of Chapter 11 Cases (Filed November 13, 2024) [Docket No. 3]

            Status: This matter will be going forward.

        2.    Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Redact Certain Personally Identifiable Information for Individual Creditors and Interest Holders, (II) Authorizing the Debtors to Seal the Transaction Parties' Information; (III) Waiving the Requirement to File a List of Equity Security Holders and Modifying Notice Thereto, and (IV) Granting Related Relief (Filed November 13, 2024) [Docket No. 4]

            Status: This matter will be going forward.

        3.    Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Pay Prepetition Wages, Salaries, Other Compensation, and Reimbursable Expenses and (B) Continue Employee Benefits Programs, and (II) Granting Related Relief (Filed November 13, 2024) [Docket No. 5]

            Status: This matter will be going forward.

        4.    Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Pay Their Obligations Under Prepetition Insurance Policies, (B) Continue to Pay Certain Brokerage Fees, (C) Renew, Supplement, Modify, or Purchase Insurance Coverage, and (D) Maintain Their Surety Bond Program and (II) Granting Related Relief (Filed November 13, 2024) [Docket No. 6]

            Status: This matter will be going forward.

        5.    Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Payment of Certain Taxes and Fees and (II) Granting Related Relief (Filed November 13, 2024) [Docket No. 7]

            Status: This matter will be going forward.

        6.    Debtors' Application for Appointment of Stretto, Inc. as Claims and Noticing Agent (Filed November 13, 2024) [Docket No. 8]

            Status: This matter will be going forward.

        7.    Debtors' Motion for Entry of Interim and Final Orders (I) Approving Debtors' Proposed Form of Adequate Assurance of Payment, (II) Establishing Procedures for Resolving Objections By Utility Companies, (III) Prohibiting Utility Companies from Altering, Refusing or

      Discontinuing Service, and (IV) Granting Related Relief (Filed November 13, 2024) [Docket No. 9]

      Status:  This matter will be going forward.

8. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Continued (A) Use of Existing Cash Management System, Bank Accounts and Business Forms and Payment of Related Prepetition Obligations and (B) Performance of Intercompany Transactions in the Ordinary Course of Business, (II) Granting a Limited Waiver of Section 345(b) Deposit and Investment Requirements, and (III) Granting Related Relief (Filed November 13, 2024) [Docket No. 10]

      Status:  This matter will be going forward.

9. Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Payment of (A) Operating Expenses, (B) Joint Interest Billings, and (C) Marketing Expenses, (II) Authorizing Financial Institutions to Honor and Process Related Checks and Transfers, and (III) Granting Related Relief (Filed November 13, 2024) [Docket No. 11]

      Status:  This matter will be going forward.

10. Motion of Debtors for Interim and Final Orders (I) Authorizing Payment of (A) Royalty Payments, (B) Revenue Interest Disbursements, and (C) Other Obligations in the Ordinary Course of Business, (II) Authorizing Financial Institutions to Honor and Process Related Checks and Transfers, and (III) Granting Related Relief (Filed November 13, 2024) [Docket No. 12]

      Status:  This matter will be going forward.

11. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to Pay Certain Prepetition Claims of Lien Claimants and Related Obligations, (II) Authorizing Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto, and (III) Granting Related Relief (Filed November 13, 2024) [Docket No. 13]

      Status:  This matter will be going forward.

12. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Use Cash Collateral, (B) Obtain Senior Secured Superpriority Postpetition Financing and Granting Liens and Superpriority Administrative Claims, and (C) Provide Adequate Protection, (II) Scheduling a Final Hearing, and (III) Granting Related Relief (Filed November 13, 2024) [Docket No. 14]

Related Documents:

(a) Declaration of Allen Wilen in Support of Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Use Cash Collateral, (B) Obtain Senior Secured Superpriority Postpetition Financing and Granting Liens and Superpriority Administrative Claims, and (C) Provide Adequate Protection, (II) Scheduling a Final Hearing, and (III) Granting Related Relief (Filed November 13, 2024) [Docket No. 15]

Status: This matter will be going forward.

Dated: November 13, 2024
Wilmington, Delaware

**COLE SCHOTZ P.C.**

*/s/ Melissa M. Hartlipp*
Patrick J. Reilley (No. 4451)
Melissa M. Hartlipp (No. 7063)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117
preilley@coleschotz.com
mhartlipp@coleschotz.com

-and-

Daniel F.X. Geoghan (*pro hac vice* admission pending)
Jacob S. Frumkin (*pro hac vice* admission pending)
Daniel J. Harris (*pro hac vice* admission pending)
1325 Avenue of the Americas, 19th Floor
New York, NY 10019
Telephone: (212) 752-8000
Facsimile: (212) 752-8393
dgeoghan@coleschotz.com
jfrumkin@coleschotz.com
dharris@coleschotz.com

*Proposed Counsel for Debtors and Debtors-in-Possession*

48775022