## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>PetroQuest Energy, Inc., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 24-12609 (CTG)<br><br>(Jointly Administered)<br><br>**Hearing Date: December 12, 2024 at 11:30 a.m.**<br>**Objection Deadline: December 5, 2024 at 4:00 p.m.**<br><br>**Re: Docket Nos. 12 & 50** |

**NOTICE OF ENTRY OF INTERIM ORDER AND FINAL HEARING WITH RESPECT TO MOTION OF DEBTORS FOR INTERIM AND FINAL ORDERS (I) AUTHORIZING PAYMENT OF (A) ROYALTY PAYMENTS, (B) REVENUE INTEREST DISBURSEMENTS, AND (C) OTHER OBLIGATIONS IN THE ORDINARY COURSE OF BUSINESS, (II) AUTHORIZING FINANCIAL INSTITUTIONS TO HONOR AND PROCESS RELATED CHECKS AND TRANSFERS, AND (III) GRANTING RELATED RELIEF**

**PLEASE TAKE NOTICE** that on November 13, 2024, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Motion of Debtors for Interim and Final Orders (I) Authorizing Payment of (A) Royalty Payments, (B) Revenue Interest Disbursements, and (C) Other Obligations in the Ordinary Course of Business, (II) Authorizing Financial Institutions to Honor and Process Related Checks and Transfers, and (III) Granting Related Relief* [Docket No. 12] (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that on November 15, 2024, the United States Bankruptcy Court for the District of Delaware (the "Court") entered the *Interim Order (I) Authorizing Payment of (A) Royalty Payments, (B) Revenue Interest Disbursements, and (C) Other Obligations in the Ordinary Course of Business, (II) Authorizing Financial Institutions to Honor and Process Related Checks and Transfers, and (III) Granting Related Relief* [Docket No. 50] (the "Interim Order").

**PLEASE TAKE FURTHER NOTICE** that a copy of the Motion and Interim Order are being served with this Notice. A copy of the Motion and Interim Order are also available on (i) the Court's website: www.deb.uscourts.gov and (ii) the website maintained by the Debtors' Claims and Noticing Agent, Stretto, Inc.: https://cases.stretto.com/PetroQuest.

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: PetroQuest Energy, Inc. (0714), PetroQuest Energy, L.L.C. (2439), PetroQuest Oil & Gas, L.L.C. (1170), and PQ Holdings LLC, (7576). The location of the Debtors' corporate headquarters and the Debtors' service address in these chapter 11 cases is 400 E. Kaliste Saloom Road, Suite 5200, Lafayette, LA 70508.

**PLEASE TAKE FURTHER NOTICE** that a final hearing on the Motion will be held on **December 12, 2024 at 11:30 a.m. (prevailing Eastern Time)** before the Honorable Craig T. Goldblatt, United States Bankruptcy Court for the District of Delaware, 3rd Floor, Courtroom No. 7, 824 North Market Street, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Motion and the entry of a final order approving the Motion must be filed on or before **December 5, 2024 at 4:00 p.m. (prevailing Eastern Time) (the "Objection Deadline")** with the United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 North Market Street, Wilmington, DE 19801 and served upon the following parties so as to be actually received by the Objection Deadline: (a) proposed counsel for the Debtors, Cole Schotz P.C., (i) 500 Delaware Avenue, Suite 1410, Wilmington, DE 19801, Attn: Patrick J. Reilley (PReilley@coleschotz.com) and Melissa M. Hartlipp (MHartlipp@coleschotz.com), (ii) 1325 Avenue of the Americas, 19th Floor, New York, NY 10019, Attn: Daniel F.X. Geoghan (DGeoghan@coleschotz.com) and Jacob S. Frumkin (JFrumkin@coleschotz.com); (b) counsel to the Debtors' prepetition and DIP lenders, Faegre Drinker Biddle & Reath LLP, 1177 Avenue of the Americas, 41st Floor, New York, NY 10036, Attn: James H. Millar (james.millar@faegredrinker.com) and Laura E. Appleby (laura.appleby@faegredrinker.com); (c) the United States Trustee for the District of Delaware, 844 King Street, Suite 2207, Wilmington, DE 19801, Attn: Benjamin A. Hackman (Benjamin.A.Hackman@usdoj.gov); and (d) counsel to any statutory committee appointed in the Chapter 11 Cases.

**PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION AND ENTER A FINAL ORDER WITHOUT FURTHER NOTICE OR HEARING.**

*[Remainder of Page Intentionally Left Blank]*

48827050

Dated: November 18, 2024
      Wilmington, Delaware

**COLE SCHOTZ P.C.**

*/s/ Melissa M. Hartlipp*
Patrick J. Reilley (No. 4451)
Melissa M. Hartlipp (No. 7063)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117
preilley@coleschotz.com
mhartlipp@coleschotz.com

-and-

Daniel F.X. Geoghan (admitted *pro hac vice*)
Jacob S. Frumkin (admitted *pro hac vice*)
Daniel J. Harris (admitted *pro hac vice*)
1325 Avenue of the Americas, 19th Floor
New York, NY 10019
Telephone: (212) 752-8000
Facsimile: (212) 752-8393
dgeoghan@coleschotz.com
jfrumkin@coleschotz.com
dharris@coleschotz.com

*Proposed Counsel for Debtors and*
*Debtors-in-Possession*

48827050