# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| PetroQuest Energy, Inc., *et al.*, | Case No. 24-12609 (CTG) |
| Debtors. | (Jointly Administered) |
| | **Re: Docket No. 63** |

## ORDER SCHEDULING OMNIBUS HEARING DATES

Pursuant to Del. Bankr. L.R. 2002-1(a), IT IS HEREBY ORDERED that the following omnibus hearings are scheduled in the above-captioned cases:

| **DATE** | **TIME** |
|---|---|
| January 7, 2025 | 10:00 a.m. |
| January 27, 2025 | 10:00 a.m. |

**Dated: November 20th, 2024**
**Wilmington, Delaware**

**CRAIG T. GOLDBLATT**
**UNITED STATES BANKRUPTCY JUDGE**

68215/0002-48857317v1